UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 OCT 29 PM 1:03

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
           DEPUTY

| | |
|---|---|
| *In re:* § | |
| § | |
| **Save Our Springs (S.O.S.) Alliance, Inc.,** § | |
| § | |
| *Debtor* § | |

---

| | |
|---|---|
| **Save Our Springs (S.O.S.) Alliance, Inc.,** § | |
| § | |
| *Appellant/Cross-Appellee* § | |
| § | |
| vs. § | Cause No. A-08-CA-727 (LY) |
| § | (Consolidated with A-08-CA-753-LY) |
| **Sweetwater Austin Properties, LLC,** § | |
| § | |
| *Appellee/Cross-Appellant* § | |

## NOTICE OF APPEAL

Notice is hereby given that SAVE OUR SPRINGS (S.O.S.) ALLIANCE, INC., the Appellant/Cross-Appellee in this Court in the above-styled consolidated bankruptcy appeals ("S.O.S."), hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on the 29th day of September, 2009.

_____
B. WELDON PONDER, JR.
Attorney at Law
State Bar of Texas No. 16110400
Building 3, Suite 200
4601 Spicewood Springs Road
Austin, Texas 78759-7841
Phone (512) 342-8222 / Fax (512) 342-8444
E-mail address: welpon@austin.rr.com

ATTORNEY FOR THE APPELLANT/CROSS-APPELLEE,
SAVE OUR SPRINGS (S.O.S.) ALLIANCE, INC.

## CERTIFICATE OF SERVICE

I, B. Weldon Ponder, Jr., the attorney of record for the Appellant and Cross-Appellee, Save Our Springs (S.O.S.) Alliance, Inc. hereby certify that on the 29th day of October, 2009, I served a true and correct copy of the foregoing Notice of Appeal on each of the following parties or their attorneys of record by depositing same in the United States Mail, first class postage prepaid, and addressed to such party or attorney as follows:

Rebecca S. McElroy
Martinec, Winn, Vickers & McElroy, P.C.
600 Congress Avenue, Suite 500
Austin, TX 78701

United States Trustee
Attention: Deborah Bynum, Trial Attorney
903 San Jacinto Blvd., Suite 230
Austin, TX 78701

[Note: The United States Trustee is not a party to this appeal and this copy is being served only as a courtesy to that office and for informational purposes regarding the status of the bankruptcy proceeding.]

_____
B. Weldon Ponder, Jr.

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100004166
Cashier ID: tkatzen
Transaction Date: 10/29/2009
Payer Name: SAVE OUR SPRINGS ALLIANCE
------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: SAVE OUR SPRINGS ALLIANCE
 Amount:         $455.00
------------------------------
CHECK
 Check/Money Order Num: 833
 Amt Tendered: $455.00
------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

1:08-CV-727 LY; IN RE: SAVE OUR
SPRINGS ALLIANCE, INC.
```